**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern District)**

---

In the Matter of


ECONOMY HARDWARE, INC.

                                   Chapter 11
                Debtor              No. 10-14294

---

**DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO USE
CASH COLLATERAL OR IN THE ALTERNATIVE, FOR APPROVAL
OF A STIPULATION PROVIDING FOR THE RESTRICTED USE OF
CASH COLLATERAL UNTIL JUNE 30, 2010**

      Now comes the Debtor in the above-captioned matter, by its attorney, and requests that this Court authorize Debtor to use Cash Collateral, as that term is defined under Section 363(a) of the Code, for the purpose of continuing the operation of its business until July 15, 2010, or until further order of this court, upon the terms and conditions proposed herein, and in conformity with the projected ninety-day operating budget, annexed hereto as **Exhibit A**.  In support hereof, Debtor states:

1. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on April 21, 2010.

2. The company owns and operates a three store, mini-chain of hardware stores, located in Cambridge, Brookline and Boston, Massachusetts.  At the time of the Chapter 11 filing, the Debtor employed approximately fifty people, on a part and full-time basis.

3. At the time of its Chapter 11 filing, the Debtor had cash-on-hand in banks of approximately $130,000, and accounts receivable, including credit card receipts in process, in the approximate amount of $125,000.

4. In the course of obtaining financing for pre-filing operations, the Debtor granted a separate security interests in its cash collateral to its largest secured creditor, TD Bank, NA, a national banking corporation (hereinafter "Bank").  This creditor has a validly perfected pre-filing security interest in Debtor's cash collateral and other business assets.

5. Debtor intends to file a feasible reorganization plan within the time required under the Code, and utilization of its cash collateral is essential to the continued conduct of its business, and would be essential to any successful reorganization herein.

6. Bank was owed approximately $425,000.00 at the time of Debtor's filing.
 .

7. A current description of Debtor's business may be taken from Debtor's website at www.citylivingstores.com.

8. Nevertheless, Debtor has proposed cash collateral usage for a ninety day period which severely restricts Debtor's right to use cash collateral until July 15, 2010, by which time the Debtor expects to have substantially formulated its plan. Only expenses necessary to operate the Debtor's business and formulate a reorganization plan have been included. ( A Monthly Statement of Fees and Expenses will be submitted by Court appointed professionals, subject to the provisions set forth in Appendix 6 of the Massachusetts Local Bankruptcy Rules.)

9. Under the Debtor's proposed cash collateral usage, a summary of all disbursements made by Debtor will be submitted on a monthly basis to Bank. This claimant will also receive a copy of the financial information contained in the monthly reports submitted to the US Trustee, including copies of all checks written from the filing date through end of the proposed cash collateral usage period, and any extensions thereof.

10. The interests of Bank in Debtor's 'cash collateral' are adequately protected by the terms of Debtor's proposed cash collateral usage, which, 'inter alia', proposes replacement liens in post-filing receivables to Bank, to the full extent and priority of its allowed pre-filing secured interest, as well as by a cushion of equity in the total business collateral this claimant may hold, and the proposed periodic payments at the contract rate of approximately $7,000 per month. The proposed budget also assures the maintenance, preservation and protection of the Bank's collateral.

11. Debtor submits that the property is not diminishing in value, and moreover, may increase in value during the proposed cash flow usage period, by virtue of Debtor's continuing efforts to increase sales and business.

WHEREFORE, Debtor prays that:

1. This Court enter an interim order authorizing the Debtor to use cash collateral only for ordinary and necessary expenses required to preserve the collateral until a hearing can be scheduled upon the within Motion; and,

2. That the Court, after hearing, authorize the usage of cash collateral until July 15, 2010 upon the terms and conditions contained herein, and in accordance with the ninety-day budget set forth in Exhibit 'A'; or

3. That the Court, upon receiving representations from counsel that the parties are in agreement, and upon receipt and review of a proposed cash collateral stipulation, enter an order approving such proposed stipulation setting forth the agreed upon terms and conditions; and

4. That the Court grant to the Debtor such other relief as may be warranted under these circumstances.

5. **That because of continuing out-of-state medical treatment involving Debtor's counsel, that any hearings scheduled hereon not take place on a Monday or Tuesday, and be scheduled, if possible, after 11:00AM.**

Dated at Rocky Hill, Connecticut, this 21st$^{rd}$ day of April, 2010.

                      Respectfully submitted,

                      ECONOMY HARDWARE, INC.

                      By its attorney,

                      Frank D. Kirby
                      Frank D. Kirby, Esq.
                      BBO #273480
                      Frank D. Kirby & Associates
                      5th Floor
                      5 Pleasant Street
                      Worcester, Massachusetts 01609
                      1-508-754-4300
                      1-617-388-9278
                      frank@fkirbyesq.com

VERIFICATION

       I, Lawrence Katz Friedman, duly authorized President of the above Debtor, hereby declare and verify, under pain and penalty of perjury, that the above averments are correct to the best of my knowledge and belief.

                                             /s/Lawrence K. Friedman

                                             Dated: April 21, 2010

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the annexed **Motion for Authority to Use Cash Collateral Until July 15., 2010,** has been served upon the following parties, by ECF or first-class priority mail, next day delivery, postage pre-paid:

      Office of the United States Trustee
      5 Post Office Square, Suite 1000
      Boston, Mass. 02109-3934

      All creditors and parties on the attached Matrix.

Dated at Rocky Hill, Connecticut, this 21st day of April, 2010.

      /s/ Frank D. Kirby

      Frank D. Kirby, Esq. ( BBO 273480 )
      Frank D. Kirby & Assoc.
      5 Pleasant Street, 5th Floor
      Worcester, Mass. 01609
      1-508-754-4300
      1-617-388-9278
      frank@fkirbyesq.com

```
ACTIVANT
PO BOX 671069
DALLAS, TX 75267

ADT SECURITY SERVICES, INC.
PO BOX 371967
PITTSBURGH, PA 15250-7967

ALSTON QUALITY INDUSTRIES, INC.
1200 FULLER ROAD
LINDEN, NJ 07036

AMERICAN BAG & EMBROIDERY
4700 MIMOSA PLACE
HARRISBURG, NC 28075
```

```
ARCHBOLD FURNITURE CO.
733 BARRE ROAD
ARCHBOLD, OH 43502

AUBURN LOGISTICS,LLC
17104 SW WHITLEY WAY
BEAVERTON, OR 97006

BATCHELOR, FRECHETTE, MCCCRORY
MICHAEL & CO.
PO BOX 156
PROVIDENCE, RI 02901

BDR TRANSPORTATION
7994 US ROUTE 5
WESTMINSTER, VT 05158

BODUM
PO BOX 51034
NEWARK, NJ 07101

BOYD/SMITH, INC.
221 MASS. AVE.
BOSTON, MA 02115

BRADSHAW INTERNATIONAL
FILE 70028
LOS ANGELES, CA 90074

BRAGA REALTY TRUST
PO BOX 1948
EDGARTOWN, MA 02539

CAPITAL PAPER RECYCLING
200 LIBBEY INDUSTRIAL PKWAY
EAST WEYMOUTH, MA 02189

CAPITAL SOLUTIONS
PO BOX 74697
CHICAGO, IL 60675

CASABELLA HOLDINGS, LLC
PO BOX 8000
DEPARTMENT 818
BUFFALO, NY 14267
```

```
CIT TECHNOLOGY FINANCE SERVICE, INC.
21146 NETWORK PLACE
CHICAGO, IL 60673

COLLEGIATE COUPON BOOK
UNIVERSITY COMMUNICATION PUB.
PO BOX 1414
BROOKLINE, MA 02446

DGT NETWORK CONSULTING GROUP
THE BOSTON HELPDESK
803 SUMMER STREET
BOSTON, MA 02127

DIAK CORPORATION
PO BOX 356
SOMERVILLE, MA 02143

DIAMOND TRUCK LEASING CORP.
301-A HENRY STREET
LINDENHURST, NY 11757

DIRECTIONS EAST
101 WOOSTER STREET
BETHEL, CT 06801

ELECTRICAL SERVICES OF NE
12 MOREAU STREET
STOUGHTON, MA 02072

FOREMOST GROUPS, INC.
PO BOX 36070
NEWARK, NJ 07188

GENERAL ELECTRIC CO.
GE APPLIANCE
PO BOX 640025
PITTSBURGH, PA 15264

GOLD BOND
STANDARD MATTRESS COMPANY
PO BOX 89
HARTFORD, CT 06141
```

```
JAYCEE, INC.
PO BOX 505
1301 METROPOLITAN AVE.
THOROFARE, NJ 08086

JIM DID IT SIGNS & AWNINGS CO.
465 CAMBRIDGE STREET
ALLSTON, MA 02134

JOUBERT HARDWARE DISTRIBUTORS
PO BOX 370
MEDFIELD, MA 02052

LEANIN' TREEE, INC.
PO BOX 9500
BOULDER, CO 80301

LITE SOURCE, INC.
14425 YORBA AVE.
CHINO, CA 91710

M.C.S. INDUSTRIES
PO BOX 677547
DALLAS, TX 75267

MAKE A STORE, INC.
PO BOX 180808
BOSTON, MA 02118

MASS HAULING
200 LIBBEY INDUSTRIAL PKWY
EAST WEYMOUTH, MA 02189

MEDALLION CABINETRY, INC.
24763 NETWORK PL.
CHICAGO, IL 60673

MERIDETH & GREW, INC.
TECHNOLOGY AGENT ACCOUNT
PO BOX D3086
BOSTON, MA 02241

MINUTEMAN PRESS
5 CAMBRIDGE CENTER
MAIN STREET
CAMBRIDGE, MA 02142
```

```
NATIONAL MAINTENANCE & SERVICE
61 ENDICOTT STREET
BUILDING 23
NORWOOD, MA 02062

NEOPOST LEASING
PO BOX 45840
SAN FRANCISCO, CA 94145

ONE COMMUNICATIONS
PO BOX 981039
BOSTON, MA 02298

OSM, INC.
114 BROADWAY
RAYNHAM, MA 02767

PEERLESS-PREMIER APPLIANCE CO.
LBX # 774377
4377 SOLUTIONS CENTER
CHICAGO, IL 60677

PLAIN & FANCY KITCHENS, INC.
PO BOX 519
OAK STREET & ROUTE 501
SCHAEFFERSTOWN, PA 17088

POLAND SPRING
PO BOX 856192
LOUISVILLE, KY 40285

RESOURCE INTERNATIONAL
PO BOX 219
TENAFLY, NJ 07670

SPECTRUM DIVERSIFIED DESIGNS
PO BOX 951039
CLEVELAND, OH 44193

SUNSET INTERNATIONAL TRADE, LLC
297 GETTY AVE.
PATERSON, NJ 07503

SWEENEY TRANSPORTATION
2073 WESTOVER ROAD
CHICOPEE, MA 01022
```

```
TD BANKNORTH
P.O. BOX 5600
LEWISTON, ME 04243

THE ALLIANCE EXPRESS
PO BOX 981025
BOSTON, MA 02298

THE C-MOR COMPANY
BOX 940
GARFIELD, NJ 07026

THE ULTRACRAFT COMPANY
NW 5683
PO BOX 1450
MINNEAPOLIS, MN 55485

TRAINOR TRUCKING
7 REPUBLIC ROAD
NORTH BILLERICA, MA 01862

TRUE VALUE COMPANY
8600 WEST BRYN MAWR AVE.
CHICAGO, IL 60631

ULINE
2200 SOUTH LAKESIDE
WAUKEGAN, IL 60085

UMBRA, LLC
PO BOX 8000
DEPT.554
BUFFALO, NY 14267

WB MASON CO., INC.
PO BOX 55840
BOSTON, MA 02205

WOLF DISTRIBUTING CO.
PO BOX  2205
YORK, PA 17405

YOUR OTHER WAREHOUSE
PO BOX 973750
DALLAS, TX 75397
```

```
YRC ROADWAY/YELLOW
PO BOX 13573
NEWARK, NJ 07188
```