# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS
(Eastern Division)

In the Matter of

ECONOMY HARDWARE, INC.

                Debtor

Chapter 11
No. 10-14294

## DEBTOR'S APPLICATION TO EMPLOY COUNSEL

     Now comes the Debtor in the above-captioned matter, by its president, and respectfully requests authority from this Court to employ the services of Frank D. Kirby, Esq. of Frank D. Kirby & Associates as counsel in the within Chapter 11 proceedings. In support hereof, Debtor states:

1. Attorney Kirby is experienced in cases of this type, and has been lead counsel in more than two hundred Chapter XI and 11 cases in thirteen states over a period of more than forty years.

2. Attorney Kirby has filed an Affidavit herewith, and a 2016 Statement as required under M.L.B.R..

3. Debtor wishes to employ Attorney Kirby upon general retainer, and to make interim payments for services rendered under the case management procedures set forth in Appendix 6 of the Massachusetts Local Bankruptcy Rules.

     WHEREFORE, Debtor prays that this Court authorize Attorney Kirby's retention as Debtor's counsel herein, and for such other relief as may be warranted under these circumstances.

Dated: April 21, 2010

                                ECONOMY HARDWARE, INC.


                                By: /s/Lawrence K. Friedman
                                President and Auth. Sig.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In the Matter of:

ECONOMY HARDWARE, INC.

                Debtor

Chapter 11
No. 10-14294

AFFIDAVIT OF PROPOSED ATTORNEY

The undersigned hereby states:

1. I am an attorney, admitted to practice in the District of Massachusetts. I have practiced commercial law for more than forty years, and have handled more than two hundred Chapter XI and 11 cases in thirteen states as lead counsel. I maintain an office within this District at 5 Pleasant Street, 5th Floor, Worcester, Massachusetts 01609.

2. To the best of my own knowledge and belief, I represent that I do not hold or represent any interest adverse to the above Debtor's estate.

3. My previous connections with the Debtor, creditors or parties-in-interest, their respective attorneys and accountants, are as follows:

                None.

4. I hereby represent that I am a "disinterested person", as that term is defined in 11 U.S.C. Sec. 101(13).

5. I have filed a statement herein as required under Bankruptcy Rule 2016(b).

6. I have not agreed to share any compensation which may be awarded to me herein with any person.

7. My hourly rate for Chapter 11 cases in 2010 is $375.00.

8. I will promptly notify this Court and all counsel of circumstances that may require additional disclosure.

Dated at Rocky Hill, Connecticut, this 21st day of April 2010.

Respectfully submitted,

/s/ Frank D. Kirby

Frank D. Kirby, Esq.
Frank D. Kirby & Assoc.
5 Pleasant Street, 5th Floor
Worcester, Mass. 01609
1-508-754-4300
1-617-388-9278 (cell)
BBO#273480
frank@fkirbyesq.com

**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**
(Eastern Division)

In the Matter of

ECONOMY HARDWARE, INC.

                                                Chapter 11
                          Debtor              No. 10-14294

**STATEMENT OF ATTORNEY PURSUANT TO
RULE 2016 (b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, hereby states:

1. The undersigned is acting as attorney for Debtor in this case.

2. The compensation paid or agreed to be paid by the Debtor to the undersigned is:

    a.) For legal services rendered or to be rendered in contemplation of and in connection with this case.

    b.) Prior to be filing of this statement, Debtor has been paid or promised a Chapter 11 retainer 0f $5,000.00. Debtor has requested that it be permitted to make periodic interim payments to the undersigned upon general retainer under the case management procedures set forth in Appendix 6 of the Local Bankruptcy Rules for Massachusetts.

    c.) All payments for fees and expenses which may be made herein, if any, will be subject to final allowance by this Court.

3. The $1039.00 filing fee in this case has been paid.

4. The services rendered or to be rendered include, 'inter alia', the following:

a.) Analysis of the financial situation, and rendering advice to the Debtor relating to filing this Petition.

b.) Preparation and filing of the Chapter 11 petition, and related documents, and schedules, statement of affairs, and all subsequent pleadings in this Court.

c.) Representation of this Debtor in this Court, and at all meetings of creditors.

d.) Formulation of a Plan of Reorganization or Liquidation.

e.) Preparation of Debtor's Disclosure Statement.

f.) Completion of all legal tasks required for confirmation or sale of Debtor's assets, including the resolution of issues relating to valuation and use of cash collateral.

g.) Representation of Debtor in any subsequent proceedings under the Bankruptcy Code.

5. The source of payments made or promised on behalf of the Debtor to the undersigned is: Debtor's income, or equity contributions by Debtor's operations.

6. The source of payments to be made to the undersigned, if any, will be: same as above.

7. The undersigned has received no transfer, assignment or pledge of property.

8. The undersigned has not shared or agreed to share any compensation paid or to be paid hereunder with anyone.

9. The hourly rate for Attorney Frank D. Kirby for Chapter 11 cases in 2010 is $375.00.

Dated at Rocky Hill, Connecticut, this 21st day of April, 2010

Respectfully submitted,

/s/ Frank D. Kirby

Frank D. Kirby, Esq.
5th Floor
5 Pleasant Street
Worcester, Mass. 01609
(617) 388-9278
BBO#: 283480
frank@fkirbyesq.com

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In the Matter of

ECONOMY HARDWARE, INC.

              Debtor

Chapter 11
No. 10-14294

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Debtor's APPLICATION TO EMPLOY COUNSEL, STATEMENT OF ATTORNEY AND AFFIDAVIT have been served on the following parties, by first-class mail, postage pre-paid, or by ECF and/or e-mail transmission.

    Office of the United States Trustee
    5 Post Office Square, Suite 1000
    Boston, Mass. 02109-3934

April 21, 2010

                          /s/Frank D. Kirby,