UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

---

In the Matter of

ECONOMY HARDWARE, INC.　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　No.10-14294-FJB
　　　　Debtor

---

### STIPULATED ORDER EXTENDING USE OF CASH COLLATERAL UNTIL JULY 15, 2010

In contemplation of the hearing scheduled before the Court for May 19, 2010 on the Debtor's Motion for Continued Use of Cash Collateral and for Approval of the Stipulation previously filed herein, and after negotiation between the interested parties, it is hereby agreed to and stipulated between the Debtor and TD Bank, NA ( hereinafter "Bank" ):

1. The Debtor may continue to use cash collateral upon the conditions contained in the Court's previous Order of 4/22/10, and based upon the Stipulation between the parties dated 5/18/10, and made part of this Order, until July 15, 2010 in accordance with the annexed extended budget marked Exhibit 'A'; and

2. Debtor shall continue to make the payments of approximately $7,000 per month as provided in the Stipulation, and to file the reports required thereby.

Date: May 18, 2010

　　　　　　　　　BY:　　　　　　　DEBTOR'S COUNSEL
　　　　　　　　　　　　　　　　　　/s/ Frank D. Kirby

　　　　　　　　　　　　　　　　　　Frank D. Kirby, Esq.
　　　　　　　　　　　　　　　　　　Frank D. Kirby & Assoc.
　　　　　　　　　　　　　　　　　　5 Pleasant Street, 5th Floor
　　　　　　　　　　　　　　　　　　Worcester, Massachusetts 01609
　　　　　　　　　　　　　　　　　　Ph: 508-754-4300
　　　　　　　　　　　　　　　　　　BBO# 273480
　　　　　　　　　　　　　　　　　　frank@fkirbyesq.com

        COUNSEL FOR TD BANK, NA
/s/ Paul W. Carey
Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, Massachusetts 01608-1477
Ph: 508-860-1590
pcarey@mirickoconnell.com

ORDER

IT IS SO ORDERED:

DATED: 5/19/10    _____
THE HONORABLE JUDGE
UNITED STATES BANKRUPTCY JUDGE