# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____
In the Matter of

ECONOMY HARDWARE, INC.          Chapter 11
            Debtor                 No. 10-14294-FJB
_____

## STATEMENT OF OPERATIONS, BALANCE SHEET AND CASH FLOW STATEMENT

 

Respectfully submitted,

/s/ Frank D. Kirby
Frank D. Kirby, Esq.
BBO#283480
5th Floor
5 Pleasant Street
Worcester, Mass. 01609
508-754-4300
617-388-9278

**ECONOMY HARDWARE, INC.**

**BALANCE SHEETS**
(See Accountants' Compilation Report)

**December 31, 2009 and 2008**

| ASSETS | 2009 | 2008 |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash | $ 28,824 | $ 119,993 |
| Accounts receivable, net of allowance for doubtful accounts of $7,500 | 94,489 | 86,287 |
| Inventory | 843,668 | 966,646 |
| Prepaid expenses | 12,749 | 5,662 |
| Total current assets | 979,730 | 1,178,588 |
| **PROPERTY AND EQUIPMENT** | | |
| Vehicles | 107,326 | 107,326 |
| Furniture and equipment | 836,020 | 827,519 |
| Leasehold improvements | 1,121,451 | 1,116,284 |
| | 2,064,797 | 2,051,129 |
| Less accumulated depreciation | (1,949,772) | (1,880,521) |
| | 115,025 | 170,608 |
| **OTHER ASSETS** | | |
| Notes receivable True Value Company | 66,340 | 4,340 |
| Investment in True Value Company | 289,022 | 312,987 |
| Deposits | 31,402 | 31,402 |
| | 386,764 | 348,729 |
| | $ 1,481,519 | $ 1,697,925 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Demand note payable to a bank | $ 300,000 | $ 400,000 |
| Current maturities of long-term debt | 66,131 | 41,000 |
| Customer deposits | 47,623 | 115,452 |
| Accounts payable | 557,739 | 551,840 |
| Accrued expenses | - | 7,500 |
| Total current liabilities | 971,493 | 1,115,792 |
| **LONG-TERM DEBT**, less current maturities | 79,893 | 47,771 |
| **LOAN PAYABLE SHAREHOLDER** | 100,000 | 100,000 |
| **STOCKHOLDER'S EQUITY** | | |
| Common stock, no par value, authorized 100 shares; issued and outstanding 32 shares | 10,904 | 10,904 |
| Retained earnings | 319,229 | 423,458 |
| | 330,133 | 434,362 |
| | $ 1,481,519 | $ 1,697,925 |

**ECONOMY HARDWARE, INC.**

**STATEMENTS OF INCOME AND RETAINED EARNINGS**
(See Accountants' Compilation Report)

**December 31, 2009 and 2008**

|  | 2009 | 2008 |
|---|---:|---:|
| NET SALES | $ 6,762,345 | $ 7,693,664 |
| COST OF GOODS SOLD | 3,900,179 | 4,434,731 |
| Gross profit | 2,862,166 | 3,258,933 |
| OPERATING EXPENSES | 2,917,803 | 3,553,133 |
| Operating loss | (55,637) | (294,200) |
| OTHER INCOME (EXPENSE) |  |  |
| Interest and dividend income | 88,761 | 58,117 |
| Interest expense | (31,427) | (31,468) |
|  | 57,334 | 26,649 |
| Net income (loss) | 1,697 | (267,551) |
| RETAINED EARNINGS, beginning | 423,458 | 804,260 |
| Distributions | (105,926) | (113,251) |
| RETAINED EARNINGS, ending | $ 319,229 | $ 423,458 |

**ECONOMY HARDWARE, INC.**

**COMBINED STATEMENTS OF CASH FLOWS**
(See Accountants' Compilation Report)

**Years Ended December 31, 2009 and 2008**

|  | 2009 | 2008 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| Net income (loss) | $ 1,697 | $ (267,551) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 69,251 | 120,000 |
| Noncash other income | (38,035) | (12,774) |
| Changes in assets and liabilities: | | |
| (Increase) decrease in: | | |
| Accounts receivable | (8,202) | 18,589 |
| Inventory | 122,978 | (53,726) |
| Prepaid expenses | (7,087) | 30,311 |
| Increase (decrease) in: | | |
| Customer deposits | (67,829) | 35,363 |
| Accounts payable | (1,601) | (3,830) |
| Net cash provided by (used in) operating activities | 71,172 | (133,618) |
| **CASH FLOWS FROM INVESTING ACTIVITY** | | |
| Purchase of property and equipment | (13,668) | (76,439) |
| Net cash used in investing activity | (13,668) | (76,439) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| Net borrowings of demand note payable to a bank | - | 300,000 |
| Net payments of long-term debt | (42,747) | (41,475) |
| Distributions to stockholder | (105,926) | (113,251) |
| Net cash (used in) provided by financing activities | (148,673) | 145,274 |
| Net decrease in cash | (91,169) | (64,783) |
| **CASH** | | |
| Beginning | 119,993 | 184,776 |
| Ending | $ 28,824 | $ 119,993 |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION** | | |
| Cash payments for: | | |
| Interest | $ 31,427 | $ 31,468 |
| **SUPPLEMENTAL SCHEDULE OF NONCASH INVESTING AND FINANCE ACTIVITY** | | |
| Demand note payable to a bank converted to long-term debt | $ 100,000 | $ - |